732

1975. *Victor J. Roberts,* with him *John A. Lord,* and *High, Swartz, Roberts & Seidel,* for appellant; *Jack A. Rounick,* with him *Jerold S. Berschler,* and *Pechner, Sacks, Dorfman, Rosen & Richardson,* for appellee.

Order affirmed.

## Commonwealth ex rel. Silon, Appellant, *v.* Silon.

Argued March 20, 1975. *Richard C. Buss,* for appellant; *Clayton A. Hyman,* with him *Coleman and Hyman,* for appellee.

Order affirmed; petition for reargument refused May 30, 1975.

## Commonwealth ex rel. Valentine *v.* Valentine, Appellant.

Argued March 10, 1975. *J. Edward Beck, Jr.,* with him *Beck, Patterson and Kaminski,* for appellant; *William H. Kaye,* with him *Kenneth F. Lee,* and *Lee and Kaye,* for appellee.

Order affirmed.

## Crowder, et al., Appellants, *v.* Wilbraham et al.

Argued March 17, 1975. *Raymond D. Rubens,* for appellants; *Francis R. Lord,* with him *Lord & Mulligan,* for appellees.

Order affirmed.

## Crowder, et al., Appellants, *v.* Wilbraham et al.

 Argued March 17, 1975. *Francis R. Lord,* with him *Lord & Mulligan,* for appellants; *Raymond D. Rubens,* for appellees.

Judgment affirmed; petition for reargument refused June 3, 1975.

## Crowder, et al., Appellants, *v.* Wilbraham et al.

 Argued March 17, 1975. *Francis R. Lord,* with him *Lord & Mulligan,* for appellants; *Raymond D. Rubens,* for appellees.

Judgment affirmed; petition for reargument refused June 3, 1975.

## Dugum, Appellant, *v.* Penn Central Railroad.

opinion by HIRSH, J. Argued March 24, 1975. *Theodore J. Segal,* for appellant; *David E. Faust,* for appellee.

Order affirmed.

## Fara *v.* Maria, Appellant, et al.

 Argued March 18, 1975. *Carlon M. O'Malley, Jr.,* with him *Todd J. O'Malley,* for appellant; *John E. V. Pieski,* for appellee, Michael J. C. Fara; *John H. Appleton,* with him *Irwin Schneider,* for appellee, Interstate Safety Services, Inc.

Judgment affirmed.